## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR61** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RICHARD RIDPATH,** | ) | |
| **JOHN JANTZON and** | ) | |
| **AGUSTIN RIOS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion for an extension of time by defendants Richard Ridpath (Ridpath) (Filing No. 32) and Agustin Rios (Rios) (Filing No. 27). Both defendants have filed motions to compel discovery (Filing Nos. 29 and 27) and seek an additional thirty days in which to file pretrial motions following the ruling on their motions to compel. The motions for an extension of time are granted to the extent that the pretrial motion deadline will be suspended pending the determination of defendants' motions to compel. The court will establish a new pretrial deadline in the order ruling on the pending motions to compel.

**IT IS SO ORDERED.**

DATED this 29th day of May, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge